**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01401-CR

### FRED ERNEST PERATTA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2012-2-0636**

## ORDER

The Court **GRANTS** appellant January 6, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIFTEEN (15) DAYS** from the date of this order.

/s/     DAVID EVANS
          JUSTICE